IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANGELA McCUTCHEN, et al.,        )
                                 )
        Plaintiffs,              )
                                 )
vs.                              )    No. 05-2142-M1V
                                 )
METROPOLITAN GOVERNMENT OF       )
NASHVILLE AND DAVIDSON COUNTY,   )
et al.,                          )
                                 )
        Defendants.              )

SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held May 19, 2005. Present was David Sullivan, counsel for plaintiffs, and participating by telephone were Brandon Gibson and Shelli Neal, counsel for defendants. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):
    Plaintiff: June 3, 2005
    Defendants: July 19, 2005

JOINING PARTIES:  July 20, 2005

AMENDING PLEADINGS:  July 20, 2005

INITIAL MOTIONS TO DISMISS:  June 29, 2005

COMPLETING ALL DISCOVERY:  January 20, 2006

    (a) DOCUMENT PRODUCTION:  January 20, 2006

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS:  January 20, 2006

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05

(c) **EXPERT WITNESS DISCLOSURE (Rule 26):**

    (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** September 20, 2005

    (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** October 20, 2005

    (3) **EXPERT WITNESS DEPOSITIONS:** January 20, 2006

**FILING DISPOSITIVE MOTIONS:** February 20, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2-3 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 23, 2005

Case 2:05-cv-02142-JPM-dkv   Document 22   Filed 05/23/05   Page 4 of 4   PageID 20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT