FILED BY JE D.C.
05 JUN -8 PM 4: 14
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANGELA McCUTCHEN, et al.,

Plaintiffs,

v.

No. 05-2142 Ml/V

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, et al.,

Defendants.

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 25, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two to three (2-3) days, is set to begin Monday, May 1, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Monday, April 24, 2006 at 8:45 a.m.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on April 17, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

25

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 8 day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE

# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT

