IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA McCUTCHEN and<br>CHRISTOPHER McCUTCHEN,<br><br>   Plaintiffs,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON COUNTY,<br>WILLIAM PATTERSON,<br>GALEN SANDERS, PAUL SHARPE,<br>TIPTON COUNTY, LAURA ADKINS,<br>WILLIAM WHITE and<br>BRANDON WILLIAMS,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-2142 Ml/V |

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Before the Court is Plaintiffs' motion for extension of time to respond to the motion to dismiss of Defendants Tipton County, Laura Adkins, William White, and Brandon Williams, filed July 1, 2005. Good Cause having been shown, the Court GRANTS the motion. Plaintiffs shall have until <u>August 15, 2005</u>, to file their response.

IT IS SO ORDERED this 6 day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 7-6-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT