IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.
05 AUG 12 AM 9: 45
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| ANGELA McCUTCHEN and CHRISTOPHER McCUTCHEN, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No.   05-2142 Ml/V |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, WILLIAM PATTERSON, GALEN SANDERS, PAUL SHARPE, TIPTON COUNTY, LAURA ADKINS, WILLIAM WHITE and BRANDON WILLIAMS | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND COMPLAINT

Before the court is the July 20, 2005 motion of the plaintiffs, Angela McCutchen and Christopher McCutchen, requesting that the court grant their request to file an amended complaint in this case. The plaintiffs seek to amend their complaint to make additional allegations discovered after the filing of the original complaint. This motion has been referred to the United States Magistrate Judge for determination. For the following reasons, the motion is granted.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The defendants in this case have not filed a response

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-12-05



to this motion, and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion, other than one for requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." In the absence of any response by the defendants, the McCutchen's motion to file an amended complaint is granted.

IT IS SO ORDERED this 11th day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Honorable Jon McCalla
US DISTRICT COURT