IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 23  PM 3: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ANGELA McCUTCHEN and
CHRISTOPHER McCUTCHEN,
    Plaintiffs,

vs.

No.: 05-2142 M1-V

METROPOLITAN GOVERNMENT OF
NASHVILLE AND DAVIDSON COUNTY,
WILLIAM PATTERSON,
GALEN SANDERS, PAUL SHARPE,
TIPTON COUNTY,
LAURA ADKINS, WILLIAM WHITE
and BRANDON WILLIAMS,
    Defendants.

## CONSENT ORDER OF DISMISSAL AS TO DEFENDANTS METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, WILLIAM PATTERSON, GALEN SANDERS AND PAUL SHARPE

    By agreement of the parties, all matters at issue in this litigation concerning Defendants Metropolitan Government of Nashville and Davidson County, William Patterson, Galen Sanders and Paul Sharpe have been settled and compromised. All claims, and only the claims, against the Metropolitan Government of Nashville and Davidson County, William Patterson, Galen Sanders and Paul Sharpe are hereby dismissed with prejudice.

    It is therefore, ORDERED, ADJUDGED and DECREED that this cause be and the same is hereby dismissed only as to defendants the Metropolitan Government of Nashville and Davidson County, William Patterson, Galen Sanders and Paul Sharpe.

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 8-24-05

IT IS SO ORDERED this 23 day of Aug, 2005.

*Jon P. McCalla*
Jon P. McCalla
United States District Judge

APPROVED FOR ENTRY:

*David M. Sullivan*
DAVID M. SULLIVAN, #9266
Attorney for Plaintiff
3251 Poplar Avenue, Suite 130
Memphis, Tennessee 38103
(901) 324-5474

*Rita Roberts-Turner by D.S. with permission*
RITA ROBERTS-TURNER, #19568   8-18-05
Attorney for Defendants
  Metropolitan Government, et al.
222 3rd Avenue North, Suite 501
Nashville, Tennessee 37201
(615) 862-6380

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT