UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 PM 2: 17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| ANGELA McCUTCHEN, and her husband CHRISTOPHER McCUTCHEN,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY WILLIAM PATTERSON, GALEN SANDERS PAUL SHARPE, TIPTON COUNTY, LAURA ADKINS, WILLIAM WHITE and BRANDON WILLIAMS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 2:05-cv-02142-JPM-dkv<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO STAY DISCOVERY

Defendants Tipton County, Tennessee, Laura Adkins, William White, and Brandon Williams move the Court to stay all discovery pending the resolution of whether Defendants Adkins, White, and Williams are entitled to qualified immunity. These Defendants have raised the issue of qualified immunity in a motion to dismiss that is currently pending before the Court. It is well established law that discovery should be stayed until the issue of qualified immunity is resolved. See Mitchell v. Forsyth, 472 U.S. 511, 525-26 (1985); Harlow v. Fitzgerald, 457 U.S. 800, 817-18 (1982); see also English v. Dyke, 23 F.3d 1086, 1089 (6th Cir. 1994). Accordingly, Defendants motion to stay discovery until the issue of qualified immunity is resolved is GRANTED.

IT IS SO ORDERED.

_Judge Diane K. Vescovo_
~~Judge Jon McCalla~~
U.S. Magistrate Judge
September 22, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-23-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT