255-005-00

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /ARS D.C.

05 DEC -9 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ANGELA McCUTCHEN, and her husband CHRISTOPHER McCUTCHEN )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON COUNTY )<br>WILLIAM PATTERSON, GALEN SANDERS )<br>PAUL SHARPE, TIPTON COUNTY, LAURA )<br>ADKINS, WILLIAM WHITE and BRANDON )<br>WILLIAMS )<br>)<br>Defendants ) | Case No: 05-2142 – MI V |

### ORDER GRANTING EXTENSION OF SCHEDULING ORDER

The parties jointly move the Court for an extension of the scheduling order in this matter. The cause for this requested extension is that a motion to dismiss is currently pending before the Court that involves issues of qualified immunity and discovery has been ordered stayed until the qualified immunity issues have been resolved. [Docket Entries 23, 45.] Therefore, an extension of the deadline for completing discovery is appropriate. The scheduling order is hereby extended as follows:

1. The deadline for completing discovery be extended seventy-five (75) days from the date of entry of the Court's order resolving the pending motion to dismiss;

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

(49)

2. The deadline for disclosure of Plaintiff's expert witness information be extended twenty (20) days from the date of entry of the Court's order resolving the pending motion to dismiss;

3. The deadline for disclosure of Defendants' expert witness information be extended thirty (30) days from the date of entry of the Court's order resolving the pending motion to dismiss; and

4. The deadline for filing dispositive motions be extended to ninety (90) days from the date of entry of the Court's order resolving the pending motion to dismiss.

IT IS SO ORDERED.

_____
Magistrate Judge Diane Vescovo

December 9, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:05-CV-02142 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

David M. Sullivan
LAW OFFICES OF DAVID M. SULLIVAN
3251 Poplar Ave.
Ste. 130
Memphis, TN 38111

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Shelli Neal
LAW OFFICE OF SHELLI NEAL
222 Third Ave N.
Ste 501
Nashville, TN 37201

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT